**Amanda M. Walkup**, OSB 934508
awalkup@hershnerhunter.com
**Melissa A. Bates**, OSB 092785
tjohnston@hershnerhunter.com
Hershner Hunter, LLP
180 E. 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

**Of Attorneys for Federal Deposit Insurance Corporation
as Receiver for BankFirst, Inc.**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **Federal Deposit Insurance Corporation as Receiver for BANKFIRST, INC.,** a South Dakota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. DEFREES,** individually; **COLUMBIA RIM CONSTRUCTION, INC.,** a Washington Corporation; and **COLUMBIA RIM CORPORATION,** a Washington Corporation,<br><br>Defendants. | Case No. 10-373-PK<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

**SALPARE BAY, LLC,** an Oregon limited liability company; **HARBOR INVESTORS, LLC,** an Oregon limited liability company, **MICHAEL J. DEFREES,** an individual; **COLUMBIA RIM CONSTRUCTION, INC.,** a Washington corporation; and **COLUMBIA RIM CORPORATION,** a Washington corporation,

Page 1 – STIPULATED JUDGMENT OF DISMISSAL

{}

Third-Party Plaintiffs,

v.

**1ST AMERICAN STATE BANK OF MINNESOTA**, a Minnesota corporation; **ALASKA PACIFIC BANCSHARES, INC.**, an Alaska corporation; **AMERICAN TRUST & SAVINGS BANK WHITING INDIANA**, an Indiana corporation; **ANDES STATE BANK**, a South Dakota corporation; **BADGER STATE BANK**, a Wisconsin corporation; **BANNER BANCORP., LTD.**, a Wisconsin corporation; **BAY BANK, a division of THE COWLITZ BANK**, an Oregon corporation; **CANYON BANCORP**, a California corporation; **CAPITAL PACIFIC BANCORP**, an Oregon corporation; **CENTRAL BANK ILLINOIS**, a division of **CENTRAL BANC, INC.**, an Illinois corporation; **CHARTER BANK EAU CLAIRE BUILDING CORP.**, a Wisconsin corporation; **CITIZENS BANK**, a foreign corporation; **CITIZENS BANCORP., INC.**, a Wisconsin corporation; **COMMUNITY FIRST BANK**, a foreign corporation; **CORNERSTONE COMMUNITY BANK**, a Tennessee corporation; **COWBOY STATE BANK**, a Wyoming corporation; **DENALI STATE BANK**, a foreign corporation; **EXCHANGE STATE BANK**, a foreign corporation; **FARMERS STATE BANK**, a foreign corporation; **FIRST COMMONWEALTH BANK**, a foreign corporation; **FIRST INTEGRITY BANK**, a Minnesota corporation; **FIRST STATE BANK**, an Arizona corporation; **FIRST STATE BANK**, a Wisconsin corporation; **IDAHO FIRST BANK**, an Idaho corporation; **IMPERIAL CAPITAL BANK**, a California corporation; **INSOUTH BANK**, a Tennessee corporation; **LOWERYBANK, a division of HUNTINGTON STATE BANK**, a foreign corporation, **METABANK WEST CENTRAL**, an inactive Iowa corporation; **PEOPLES BANK SB**, an Indiana corporation; **PERU FEDERAL SAVINGS BANK**, a foreign corporation; **PREFERRED BANK**, a California corporation; **RCSBANK**,

Page 2 – STIPULATED JUDGMENT OF DISMISSAL

{}

a Missouri corporation; **STATE CENTRAL BANK**, an Iowa corporation; **THE CONTINENTAL NATIONAL BANK OF HARLOWTON**, a foreign corporation; **THE FARMERS AND MERCHANTS NATIONAL BANK OF NASHVILLE**, a foreign corporation; **THE FIRST NATIONAL BANK IN WADENA**, a foreign corporation; **THE FIRST NATIONAL BANK OF ELDORADO**, a foreign corporation; **THE PEOPLES STATE BANK**, an Indiana corporation; **THE UNION BANK**, a foreign corporation; **VALLEY BANK OF GLASGOW**, a Montana corporation,

    Third-Party Defendants.

---

The parties having settled this action pursuant to a separate settlement agreement, and based upon the stipulation of the parties, it is hereby:

ORDERED and ADJUDGED that all claims asserted in this action are dismissed, with prejudice, and without an award of costs, disbursements, or attorney fees to any party.

DATED: 7 JUNE, 2010.

                                                             _____
                                                             The Honorable Michael R. Hogan
                                                             United States District Court Judge

The parties have settled the disputes between them and stipulate to and move for entry of this Judgment.

| STOEL RIVES LLP | HERSHNER HUNTER, LLP |
|---|---|
| By _____ | By _____ |
| Christine A. Kosydar, OSB 814035 | Amanda M. Walkup, OSB 934508 |
| Of Attorneys for Salpare Bay, LLC, Michael J. Defrees, Columbia Rim Construction, Inc., Columbia Rim Corporation, and Harbor Investors, LLC | Of Attorneys for Federal Deposit Insurance Corporation as Receiver for BankFirst, Inc. |

Page 3 – STIPULATED JUDGMENT OF DISMISSAL

{}